DAVID A. STEINBERG (SBN 130593)
  das@msk.com
YAKUB HAZZARD (SBN 150242)
  yxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, California 90067-3120
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC, | Case No. 2:24-cv-01250-FLA-MAR |
| Plaintiffs, | Honorable Fernando L. Aenlle-Rocha |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| ANTHEM FILMS LLC; NYBO PRODUCTIONS, LLC; BLACK LABEL MEDIA, LLC; WH MOVIE, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

1

NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE:**

Pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(i), Plaintiffs Sony Music Entertainment and Arista Records, LLC (collectively, "Plaintiffs") hereby dismiss this action in its entirety, with prejudice.  Each of the parties will be responsible for its own fees and costs in connection with the action.


Dated:  November 18, 2024                    MITCHELL SILBERBERG & KNUPP LLP


By: _____
Yakub Hazzard
David A. Steinberg
Attorneys for Plaintiffs

2